FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 03 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CRAIG CHARLES PEDEN, | No. 14-35451 |
| Plaintiff - Appellant, | D.C. No. 2:14-cv-00499-JLR |
| v. | |
| PATTY MURRAY, Senator; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Western District of Washington
James L. Robart, District Judge, Presiding

Submitted February 24, 2016[**]

Before:     LEAVY, FERNANDEZ, and RAWLINSON, Circuit Judges.

Craig Charles Peden appeals pro se from the district court's judgment in his action arising from events related to a state court proceeding. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2)(B)(ii), *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998)

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(order), and we affirm.

The district court properly dismissed Peden's action because Peden failed to allege facts sufficient to state a plausible claim for relief. *See Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are to be construed liberally, a plaintiff must present factual allegations sufficient to state a plausible claim for relief). Contrary to Peden's contention that the district court improperly dismissed the action for failure to file a timely amended complaint, the district court reviewed the amended complaint on the merits.

To the extent that Peden sought a writ of mandamus, dismissal of the action was proper because Peden failed to meet any of the requirements for mandamus relief. *See Johnson v. Reilly*, 349 F.3d 1149, 1154 (9th Cir. 2003) (discussing requirements for mandamus relief and noting that "[m]andamus is an extraordinary remedy granted in the court's sound discretion").

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**

14-35451